COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-06-076-CV

IN RE WESLEY DUREN MOONEY RELATOR

------------

ORIGINAL PROCEEDING

 

------------

MEMORANDUM OPINION
(footnote: 1)

------------

The court has considered relator’s petition for writ of habeas corpus 
and motion for emergency stay and is of the opinion that relief should be denied.
  Accordingly, relator’s petition for writ of habeas corpus and motion for emergency stay are denied.

Relator shall pay all costs incurred in this proceeding, for which let execution issue.

PER CURIAM

PANEL A: CAYCE, C.J.; LIVINGSTON and MCCOY, JJ.

DELIVERED: March 3, 2006

FOOTNOTES
1:
See 
Tex. R. App. P.
 47.4